UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        Case No. 95-80889
                                                        Honorable Lawrence P. Zatkoff

Michael P. Bishoff and
Suzanne M. Latour Bischoff,

    Defendants.
                                        /

**OPINION AND ORDER**

At a session of said Court held in the
City of Port Huron, County of St. Clair,
State of Michigan, on February 20, 2013

PRESENT:  HONORABLE LAWRENCE P. ZATKOFF
United States District Court Judge

Presently before the Court is Defendant Michael P. Bischoff's Motion to Hold in Abeyance Ruling on Objection to the Magistrate's Report (Docket #203), filed on February 14, 2013. Prior to receiving such motion, however, the Court issued an Opinion and Order addressing Mr. Bischoff's Objection to the Magistrate's Report. Among other things, the Court ordered that the January 243, 2013 hearing on two motions to compel be conducted anew.

Accordingly, the Court hereby DENIES AS MOOT the Motion to Hold in Abeyance Ruling on Objection to the Magistrate's Report (Docket #203).

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2013